**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Carl Clyde Chaplin, Appellant.

Appellate Case No. 2012-213297

Appeal From Dorchester County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2014-UP-285
Submitted May 1, 2014 – Filed July 16, 2014

**AFFIRMED**

Appellate Defender Benjamin John Tripp, of Columbia,
for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Mary Shannon Williams, both of
Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 801(c), SCRE ("'Hearsay' is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove

the truth of the matter asserted."); *State v. Sims*, 304 S.C. 409, 420, 405 S.E.2d 377, 383 (1991) ("Evidence is not hearsay unless it is offered to show the truth of the matter asserted."); *State v. Jennings*, 394 S.C. 473, 478, 716 S.E.2d 91, 93 (2011) ("Improper admission of hearsay testimony constitutes reversible error only when the admission causes prejudice." (internal quotation marks omitted)); *State v. Green*, 397 S.C. 268, 287, 724 S.E.2d 664, 673 (2012) ("Prejudice occurs when there is a reasonable probability the wrongly admitted evidence influenced the jury's verdict."); *State v. Mitchell*, 286 S.C. 572, 573, 336 S.E.2d 150, 151 (1985) ("Whether an error is harmless depends on the circumstances of the particular case.").

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.